# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:20-CR-00027 (WLS-TQL-1) |
| DAVID WAYNE BARRIENTES, | : |
| | : |
| Defendant. | : |

## ORDER

Before the Court is the Parties' Joint Response (Doc. 38) – filed on September 24, 2021 – to this Court's September 16, 2021 Order. (Doc. 37.) Therein, the Parties inform the Court that they continue to engage in plea negotiations in an effort to resolve the case short of a trial. (Doc. 38.) Defense Counsel also informs the Court that it is "finalizing its investigation and will determine if a motion to suppress evidence lies, and if so, will file it promptly within 10 days from the filing of this response. (Doc. 38.) The Court finds that ten days from the filing of the response is October 4, 2021.

In the Court's September 16, 2021 Order the Court noticed the parties that "[i]f a motion to continue is not filed by [September 24, 2021], a pretrial conference may be set." (Doc. 37.) In order to maintain a complete an accurate record of the proceedings, Defense Counsel is hereby **ORDERED** to file a request for a continuance **no later than October 4, 2021** if Defense Counsel finds a motion to suppress evidence lies or if additional time is needed to engage in plea negotiations. Otherwise, this Court shall set a pretrial conference for the November trial term.

**SO ORDERED**, this __28th__ day of September 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**